AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Daniel Warmus<br><br>_Defendant_ | ) ) ) ) ) ) ) Case No. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_                 **Daniel Warmus**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 05/17/2021

_Issuing officer's signature_

Digitally signed by G. Michael Harvey
Date: 2021.05.17 14:38:03 -04'00'

City and state:    Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 05.17.2021, and the person was arrested on _(date)_ 05.18.2021
at _(city and state)_ Alden, New York.

Date: 05/18/2021

_Arresting officer's signature_

DANIEL EDWARDS - SPECIAL AGENT
_Printed name and title_